THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HORTON, Appellant.— Order affirmed. All concur. (The order denies defendant's motion to vacate his sentence as a second offender.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

LIZZIE A. CLARK, as Executor of MAURICE A. CLARK, Deceased, Respondent, v. OTTO GAVENS et al., Appellants.— Orders affirmed, with $10 costs and disbursements. All concur. (The first order of Monroe Special Term, by VAN DUSER, J., denies defendants' motion to examine plaintiff before trial, to examine plaintiff's books, and to examine a witness before trial; the second order, by CRIBB, J., denies defendants' motion to examine plaintiff and certain books before trial, in an action to foreclose a mechanic's lien.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

VINCENT J. LANIGAN, Appellant, v. BUFFALO THEATRES, INC., Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action, in a negligence action.) Present — Taylor, P. J., McCurn. Love, Vaughan and Kimball, JJ.

EDWARD MARCHITELLI, et al., Appellants, v. JOSEPH N. HARBATOWSKI, Respondent.— Judgment affirmed, with costs. We hold that sections 131, 132 and 158 of the Tax Law of the State of New York are applicable to Niagara County. All concur. (The judgment is for defendant in an action in ejectment.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JAMES WALKER, Respondent, v. HAROLD R. HILL, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order directs an examination of defendant before trial as to certain matters and denies an examination as to other matters.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Application of VIRGINIA WAINWRIGHT.— Appeal dismissed. (See People v. Doe [Bernoff], 261 App. Div. 504; People v. Doe [Rubenstein], 259 App. Div. 921; People v. Reed, 276 N. Y. 5, 13.) All concur. (The order denies a motion in behalf of Virginia Wainwright to vacate an order committing her to the custody of the Monroe County Sheriff as a material witness.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SYRACUSE SAVINGS BANK, Appellant, v. YORKSHIRE INSURANCE CO., LTD., Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 1050.]

In the Matter of the Application of the Seneca County Bar Association for Disciplinary Action against an Attorney.— Order of reference entered. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.